**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>DON WILLIAMS d/b/a URTHCOM, LLC<br>v.<br>SOLID CONTACT BASEBALL, INC. | Case Number:<br>FILED: MAY 15, 2008<br>08cv2839           JH<br>JUDGE HOLDERMAN<br>MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, DON WILLIAMS d/b/a URTHCOM, LLC

| |
|---|
| NAME (Type or print)<br>Charles F. Morrissey |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Charles F. Morrissey |
| FIRM<br>Karbal Cohen Economou Silk & Dunne, LLC |
| STREET ADDRESS<br>200 S. Michigan Avenue, 20th Floor |
| CITY/STATE/ZIP<br>Chicago, IL  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6243531 | TELEPHONE NUMBER<br>312/431/3700 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |