AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

DON WILLIAMS d/b/a URTHCOM, LLC

V.

SOLID CONTACT BASEBALL, INC.

CASE NUMBER:    08cv2839

ASSIGNED JUDGE:    Holderman

DESIGNATED
MAGISTRATE JUDGE:    Ashman

TO: (Name and address of Defendant)

Solid Contact Baseball, Inc.
c/o James C. Ackerly
16 Forest Street
New Canaan, CT  06840

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles F. Morrissey, Karbal, Cohen, Economou, Silk & Dunne, LLC, 200 S. Michigan
Avenue, 20th Floor, Chicago, IL  60604

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**



(By) DEPUTY CLERK

**May 19, 2008**

Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>May 21, 2008 |
| NAME OF SERVER (PRINT)<br>Anita Piechonkavia USPS | TITLE |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Jeffrey Earle

G  Returned unexecuted: _____

_____

_____

G  Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-22-08
_____
Date

_Anita M. Nicholas_
Signature of Server

529 E. Illinois Hwy, New Lenox, Il 60451
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.