AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

DON WILLIAMS d/b/a URTHCOM, LLC

CASE NUMBER: 08cv2839

V.

ASSIGNED JUDGE: Holderman

SOLID CONTACT BASEBALL, INC.

DESIGNATED
MAGISTRATE JUDGE: Ashman

TO: (Name and address of Defendant)

Solid Contact Baseball, Inc.
c/o James C. Ackerly
16 Forest Street
New Canaan, CT 06840

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles F. Morrissey, Karbal, Cohen, Economou, Silk & Dunne, LLC, 200 S. Michigan Avenue, 20th Floor, Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

May 19, 2008
_____
Date

Case 1:08-cv-02839   Document 7   Filed 06/25/2008   Page 2 of 3

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE: June 14, 2008 |
| NAME OF SERVER (PRINT): Kevin Farina | TITLE: Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: <u>364 Rowayton Avenue</u>
Norwalk, CT. 06853

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/19/08
               Date

*Signature of Server:* Kevin Farina

Kevin Farina
105 Haddad Road
Waterbury, CT. 06708

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

AFFIDAVIT OF SERVICE

Don Williams d/b/a Urthcom, LLC

vs.                                          CASE NO.: 08cv2839

Solid Contact Baseball, Inc.

_____ /

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN      ss.

**Kevin Farina**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action.

That on **06/14/2008** at **2:41 PM**, Deponent served the within named **Solid Contact Baseball, Inc. c/o James C. Ackerly** by delivering a true copy of the **Summons and Complaint** to **James Ackerly**, **Registered Agent**, a person authorized to accept service on behalf of **Solid Contact Baseball, Inc. c/o James C. Ackerly**.
Said service was effected at **364 Rowayton Ave., Norwalk, CT 06853**.

Description:
**Sex: Male − Age: 56 − Skin: White − Hair: Brown − Height: 5'10 − Weight: 215**
Other Features: **Glasses**

To the best of my knowledge and belief, said person was not engaged in the U.S. Military at the time of service.

The undersigned declares under penalty of perjury that the foregoing is true, correct and my free act and deed.

Sworn to and subscribed before me this
___19___ day of ___June___, 20_08_
by an affiant who is personally known to
me or produced identification.

___Linda J. Perlmutter___
NOTARY PUBLIC
My Commission Expires: _12/31/08_

X ___Kevin Farina___
Kevin   Farina

Date: ___6/19/08___

Client File#:    − Our File# **35684**