IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DON WILLIAMS d/b/a URTHCOM, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.   08cv2839   JH |
| v. ) | JUDGE HOLDERMAN |
| ) | MAGISTRATE JUDGE ASHMAN |
| SOLID CONTACT BASEBALL, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

**TO:**   Charles F. Morrissey
Karbal, Cohen, Economou, Silk & Dunne, LLC
200 S. Michigan Ave, 20th Floor
Chicago, IL 60604

PLEASE TAKE NOTICE that on the 15th day of July, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before Chief Judge James F. Holderman, or any judge sitting in his stead, in Room 2541, in the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Defendant Solid Contact Baseball, Inc.'s **MOTION FOR LEAVE TO FILE ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM,** *INSTANTER***,** a copy of which is attached hereto and served upon you.

Respectfully submitted,

/s/ Jami A. Gekas
One of the Attorneys for Defendant,
SOLID CONTACT BASEBALL, INC.

Dated:  July 10, 2008

Michael Dockterman
Jami A. Gekas
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL  60606-1229
(312) 201-2000
Facsimile:  (312) 201-2555

1

2

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that a copy of the foregoing NOTICE OF MOTION was served via the CM/ECF electronic filing system on this 10th day of July, 2008, and thereby served upon counsel of record.

           By: /s/ Jami A. Gekas

           One of the Attorneys for Defendant,
           SOLID CONTACT BASEBALL, INC.