IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DON WILLIAMS d/b/a URTHCOM, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO.    08cv2839    JH |
| v. ) | JUDGE HOLDERMAN |
| ) | MAGISTRATE JUDGE ASHMAN |
| SOLID CONTACT BASEBALL, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| SOLID CONTACT BASEBALL, INC., ) | |
| ) | |
| Counter-Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DON WILLIAMS; URTHCOM, LLC; ) | |
| PETER CEKO; AND CEKOM CORP., ) | |
| ) | |
| Counter-Defendants. ) | |

## NOTIFICATION AS TO AFFILIATES

Defendant/Counter-Plaintiff, Solid Contact Baseball, Inc. ("SCB"), by and through its attorneys, hereby provides the following Corporate Disclosure Statement and Notification as to Affiliates pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of this Court:

SCB does not have a parent corporation, and there is no publicly-held corporation owning 5% or more of SCB's stock.
.

                                                  Respectfully submitted,

                                                  ___s/ Jami A. Gekas_____
                                                  Counsel for Solid Contact Baseball, Inc.

Dated:  July 10, 2008

Michael Dockterman
Jami A. Gekas
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL  60606-1229
(312) 201-2000
Facsimile:  (312) 201-2555

1

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned, an attorney, hereby certifies that a copy of the foregoing NOTIFICATION AS TO AFFILIATES was served via the CM/ECF electronic filing system on this 10th day of July, 2008, and thereby served upon counsel of record.

By: <u>s/ Jami A. Gekas</u>

One of the Attorneys for Defendant,
SOLID CONTACT BASEBALL, INC.