**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Don Williams

                Plaintiff,

v.                                                 Case No.: 1:08–cv–02839
                                                     Honorable James F. Holderman

Solid Contact Baseball, Inc.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

      MINUTE entry before the Honorable James F. Holderman: Defendant Solid Contact Baseball, Inc.'s motion for leave to file Answer, Affirmative Defenses, and Counterclaim, INSTANTER [10] is granted. Any motions to dismiss are to be filed by 8/11/2008. Defendant is given leave to file a Third Party Complaint by 7/18/2009. Status hearing set for 7/29/2008 at 9:00 AM. Any third party complaint parties that are represented, should have their counsel appear for the status hearing on 7/29/2008. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.