**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                       Case Number: 1:08-cv-02839

DON WILLIAMS

        Plaintiff,

vs.

SOLID CONTACT BASEBALL, INC.

        Defendants.
_____

SOLID CONTACT BASEBALL, INC.,
        Third Party Plaintiff,
vs.

URTHCOM, LLC; PETER CEKO; AND CEKOM CORP;
        Third Party Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Peter Ceko

| |
|---|
| NAME (Type or print) <br> Daniel C. McCabe |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Daniel C. McCabe |
| FIRM <br> GOULD & RATNER LLP |
| STREET ADDRESS <br> 222 N. LaSalle Street, Suite 800 |
| CITY/STATE/ZIP <br> Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6225581 | TELEPHONE NUMBER <br> 312.236.3003 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

American LegalNet, Inc.
www.USCourtForms.com

405373.1 107090.001

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

American LegalNet, Inc.
www.USCourtForms.com