**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>DON WILLIAMS<br><br>         Plaintiff,<br><br>vs.<br><br>SOLID CONTACT BASEBALL, INC.<br><br>         Defendants.<br>_____<br><br>SOLID CONTACT BASEBALL, INC.,<br>         Third Party Plaintiff,<br>vs.<br><br>URTHCOM, LLC; PETER CEKO; AND CEKOM CORP;<br>         Third Party Defendants. | Case Number:<br>1:08-cv-02839 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Peter Ceko

| NAME (Type or print) |
|---|
| Mark D. Brookstein |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Mark D. Brookstein |
| FIRM |
| GOULD & RATNER LLP |
| STREET ADDRESS |
| 222 N. LaSalle Street, Suite 800 |
| CITY/STATE/ZIP |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6274623 | 312.236.3003 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☒ | ☐ |

405371.1 107090.001

American LegalNet, Inc.
www.USCourtForms.com

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

American LegalNet, Inc.
www.USCourtForms.com