**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of: | Case Number: 1:08-cv-02839 |

DON WILLIAMS,
         Plaintiff,

vs.

SOLID CONTACT BASEBALL, INC. ,
         Defendant.
_____

SOLID CONTACT BASEBALL, INC.,
         Third Party Plaintiff,
vs.

URTHCOM, LLC; PETER CEKO; AND CEKOM CORP;
         Third Party Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
CEKOM CORP

| NAME (Type or print) |
|---|
| Richard S. Reizen |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|     s/ Richard S. Reizen |
| FIRM |
| GOULD & RATNER LLP |
| STREET ADDRESS |
| 222 N. LaSalle Street, Suite 800 |
| CITY/STATE/ZIP |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3127637 | 312.236.3003 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☒ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☒ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

American LegalNet, Inc.
www.USCourtForms.com