**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>DON WILLIAMS<br><br>  Plaintiff,<br><br>vs.<br><br>SOLID CONTACT BASEBALL, INC.<br><br>  Defendants.<br>_____<br><br>SOLID CONTACT BASEBALL, INC.,<br>  Third Party Plaintiff,<br>vs.<br><br>URTHCOM, LLC; PETER CEKO; AND CEKOM CORP;<br>  Third Party Defendants. | Case Number:<br>1:08-cv-02839 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
CEKOM CORP

| |
|---|
| NAME (Type or print)<br>Mark D. Brookstein |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Mark D. Brookstein |
| FIRM<br>GOULD & RATNER LLP |
| STREET ADDRESS<br>222 N. LaSalle Street, Suite 800 |
| CITY/STATE/ZIP<br>Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6274623 | TELEPHONE NUMBER<br>312.236.3003 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |

American LegalNet, Inc.
www.USCourtForms.com

405788.1 107090.001

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐

American LegalNet, Inc.
www.USCourtForms.com