U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 08 C 2839
DON WILLIAMS d/b/a URTHCOM, LLC
v.
SOLID CONTACT BASEBALL, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
URTHCOM, LLC

| NAME (Type or print) |  |
|---|---|
| Charles F. Morrissey |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Charles F. Morrissey |  |
| FIRM |  |
| Karbal, Cohen, Economou, Silk & Dunne, LLC |  |
| STREET ADDRESS |  |
| 200 S. Michigan Avenue, 20th Floor |  |
| CITY/STATE/ZIP |  |
| Chicago, IL 60604 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6243531 | 312.431.3700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |  |