IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DON WILLIAMS d/b/a URTHCOM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 08cv2839 |
| | ) |
| SOLID CONTACT BASEBALL, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF ELECTRONIC FILING**

PLEASE TAKE NOTICE that on August 18, 2008, we filed the attached Appearance, a copy of which is hereby served upon you.

Dated at Chicago, Illinois, this 18th day of August, 2008.

**URTHCOM, LLC**

By: s:/Charles F. Morrissey
One of His Attorneys

Charles F. Morrissey
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
200 South Michigan Avenue, 20th Floor
Chicago, Illinois 60604
Tel:   (312) 431-3700
Fax:   (312) 431-3670
Firm ID #: 38100

## **CERTIFICATE OF SERVICE**

      I, Charles F. Morrissey, an attorney of record in this matter, hereby state that, on August 18, 2008, I electronically filed the foregoing Notice of Electronic Filing of Appearance, which will send notification of such filing to all attorneys of on this the 18th day of August, 2008.

                                          /s/ Charles F. Morrissey
                                          One of the Attorneys for URTHCOM, LLC