# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| DON WILLIAMS d/b/a URTHCOM, LLC,<br>            Plaintiff,<br>    v.<br>SOLID CONTACT BASEBALL, INC..<br>            Defendants. | Case No. 08 C 2839<br><br>Chief Judge Holderman<br><br>Magistrate Judge Ashman |
| SOLID CONTACT BASEBALL, INC.,<br><br>            Counter-Plaintiff,<br>    v.<br>DON WILLIAMS,<br><br>            Counter-Defendant. | |
| SOLID CONTACT BASEBALL, INC.,<br><br>            Third Party Plaintiff,<br>    v.<br>URTHCOM, LLC; PETER CEKO; AND CEKOM, CORP.,<br><br>            Third Party Defendants. | |

**PLAINTIFF DON WILLIAMS'**
**MOTION TO DISMISS COUNTS II – IV OF DEFENDANT'S COUNTERCLAIM**

Plaintiff, DON WILLIAMS ("WILLIAMS"), pursuant to Fed.R.Civ.P. 9(b) and 12(b)(6), moves this Honorable Court to Dismiss Counts II – IV of Defendant's Counterclaim.[1]  In support

---

[1] Plaintiff Williams advised the Court on July 15, 2008 that he would like to defer answering Count I of Defendant's Counterclaim until the Court decides the instant motion.  The Court agreed with this approach.  Thus, Williams will not file his Answer to Count I until this Motion is decided.

of the Motion, WILLIAMS files contemporaneously herewith a Memorandum of Law which it incorporates herein by reference as if set forth in full.

  WHEREFORE, Plaintiff, DON WILLIAMS respectfully requests that this Court Dismiss Counts II – IV of Defendant's Counterclaim pursuant to Fed.R.Civ.P. 9(b) and 12(b)(6) and for such other and further relief that the Court deems appropriate and just.

Dated: August 18, 2008

              Respectfully Submitted,

              **DON WILLIAMS**

              By: /s/ Charles F. Morrissey
                 One of his attorneys

Charles F. Morrissey
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
200 South Michigan Avenue
20th Floor
Chicago, Illinois 60604
(312) 431-3700