# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DON WILLIAMS d/b/a URTHCOM, LLC,<br>　　　　Plaintiff,<br>　v.<br>SOLID CONTACT BASEBALL, INC..<br>　　　　Defendants. | Case No. 08 C 2839<br><br>Chief Judge Holderman<br><br>Magistrate Judge Ashman |
| SOLID CONTACT BASEBALL, INC.,<br>　　　　Counter-Plaintiff,<br>　v.<br>DON WILLIAMS,<br>　　　　Counter-Defendant. | |
| SOLID CONTACT BASEBALL, INC.,<br>　　　　Third Party Plaintiff,<br>　v.<br>URTHCOM, LLC; PETER CEKO; AND CEKOM, CORP.,<br>　　　　Third Party Defendants. | |

## URTHCOM, LLC's
## MOTION TO DISMISS THIRD PARTY COMPLAINT

Third Party Defendant, URTHCOM, LLC, pursuant to Fed.R.Civ.P. 9(b) and 12(b)(6), moves this Honorable Court to Dismiss Defendant's Third Party Complaint. In support of the Motion, URTHCOM, LLC files contemporaneously herewith a Memorandum of Law which it incorporates herein by reference as if set forth in full.

WHEREFORE, Third Party Defendant, URTHCOM, LLC respectfully requests that this Court Dismiss Defendant's Third Party Complaint pursuant to Fed.R.Civ.P. 9(b) and 12(b)(6) and for such other and further relief that the Court deems appropriate and just.

Dated: August 18, 2008

                                      Respectfully Submitted,

                                      **URTHCOM, LLC**

                                      By:   /s/ Charles F. Morrissey
                                                 One of his attorneys

Charles F. Morrissey
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
200 South Michigan Avenue
20th Floor
Chicago, Illinois 60604
(312) 431-3700