**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DON WILLIAMS d/b/a URTHCOM, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | 08cv2839 |
| ) | |
| SOLID CONTACT BASEBALL, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF ELECTRONIC FILING**

PLEASE TAKE NOTICE that on August 18, 2008, we filed the attached URTHCOM, LLC's Motion to Dismiss Third Party Complaint and Memorandum of Law in Support of URTHCOM, LLC's Motion To Dismiss Third Party Complaint, a copy of which is hereby served upon you.

Dated at Chicago, Illinois, this 18th day of August, 2008.

**URTHCOM, LLC**

By:  s:/Charles F. Morrissey
   One of His Attorneys

Charles F. Morrissey
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
200 South Michigan Avenue, 20th Floor
Chicago, Illinois 60604
Tel:  (312) 431-3700
Fax:  (312) 431-3670
Firm ID #: 38100

## **CERTIFICATE OF SERVICE**

      I, Charles F. Morrissey, an attorney of record in this matter, hereby state that, on August 18, 2008, I electronically filed the foregoing Notice of Electronic Filing of URTHCOM, LLC's Motion to Dismiss Third Party Complaint and Memorandum of Law in Support of URTHCOM, LLC's Motion To Dismiss Third Party Complaint using the CM/ECF SYSTEM, which will send notification of such filing to all attorneys of on this the 18th day of August, 2008.

                                        /s/ Charles F. Morrissey
                                        One of the Attorneys for URTHCOM, LLC