**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DON WILLIAMS d/b/a URTHCOM, LLC<br><br>Plaintiff,<br><br>v.<br><br>SOLID CONTACT BASEBALL, INC.,<br><br>Defendant. | CASE NO. 08cv2839 JH<br>JUDGE HOLDERMAN<br>MAGISTRATE JUDGE ASHMAN |
| SOLID CONTACT BASEBALL, INC.,<br><br>Counter-Plaintiff,<br><br>v.<br><br>DON WILLIAMS,<br><br>Counter-Defendant. | |
| SOLID CONTACT BASEBALL, INC.,<br><br>Third Party Plaintiff,<br><br>v.<br><br>URTHCOM, LLC; PETER CEKO; AND CEKOM CORP;<br><br>Third Party Defendants. | |

**NOTICE OF MOTION**

**TO:** Charles F. Morrissey
KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
200 S. Michigan Ave, 20th Floor
Chicago, IL 60604

-and-

Daniel C. McCabe
Mark D. Brookstein

GOULD & RATNER LLP
222 N. LaSalle Street, Suite 800
Chicago, IL 60601
(312) 236-3003

PLEASE TAKE NOTICE that on the 27th day of August, 2008 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before Magistrate Judge Martin C. Ashman, or any judge sitting in his stead, in Room 1386, in the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Defendant Solid Contact Baseball, Inc.'s **EMERGENCY MOTION TO STRIKE PETER CEKO'S "VERIFIED COUNTERCLAIM,"** a copy of which is attached hereto and served upon you.

Respectfully submitted,

/s/ Jami A. Gekas
One of the Attorneys for Defendant,
SOLID CONTACT BASEBALL, INC.

Dated: August 25, 2008

Michael Dockterman
Jami A. Gekas
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL 60606-1229
(312) 201-2000
Facsimile: (312) 201-2555

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a copy of the foregoing NOTICE OF MOTION was served via the CM/ECF electronic filing system on this 25th day of August, 2008, and thereby served upon counsel of record for all parties.

By: /s/ Jami A. Gekas

One of the Attorneys for Defendant,
SOLID CONTACT BASEBALL, INC.