# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2839 | **DATE** | 8/27/2008 |
| **CASE TITLE** | Don Williams vs. Solid Contact Baseball, Inc. | | |

**DOCKET ENTRY TEXT**

Oral argument held on 8/27/2008 regarding defendant's emergency motion to strike [37]. Plaintiff's response to defendant's motion to strike [37] due by 9/10/2008. Reply due by 9/24/2008. Oral argument on defendant's emergency motion to strike Peter Ceko's verified counterclaim [37] is set for 10/3/2008 at 10:30 a.m. The verified counterclaim [35] and corrected verified counterclaim [36] are hereby placed under seal. The Clerk of the Court is directed to do whatever is necessary to be sure that these documents are under seal. That is without prejudice to the court rescinding that order or vacating that order after appropriate briefing.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

00:14 oah

| | Courtroom Deputy Initials: | IS |
|---|---|---|