**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DON WILLIAMS d/b/a URTHCOM, LLC )<br>         )<br>     Plaintiff,     )<br>         )<br>     v.     )<br>         )<br>SOLID CONTACT BASEBALL, INC.,   )<br>         )<br>     Defendant.     )<br>         )<br>SOLID CONTACT BASEBALL, INC.,   )<br>         )<br>     Counter-Plaintiff,     )<br>         )<br>     v.     )<br>         )<br>DON WILLIAMS,     )<br>         )<br>     Counter-Defendant.     )<br>         )<br>SOLID CONTACT BASEBALL, INC.,   )<br>         )<br>     Third Party Plaintiff,     )<br>         )<br>     v.     )<br>         )<br>URTHCOM, LLC; PETER CEKO; AND )<br>CEKOM CORP;     )<br>         )<br>     Third Party Defendants.     )<br>         )<br>PETER CEKO,     )<br>         )<br>     Counter-Plaintiff,     )<br>         )<br>     v.     )<br>         )<br>SOLID CONTACT BASEBALL, INC.;   )<br>ROBERT A. MOSS, SR.; AND ROBERT A. )<br>MOSS, JR.;     )<br>         )<br>     Third Party Defendants.     ) | CASE NO.   08cv2839   JH<br>JUDGE HOLDERMAN<br>MAGISTRATE JUDGE ASHMAN |

**NOTICE OF MOTION**

**TO:**   Charles F. Morrissey
        KARBAL, COHEN, ECONOMOU, SILK & DUNNE, LLC
        200 S. Michigan Ave, 20th Floor
        Chicago, IL 60604

1

-and-

Daniel C. McCabe
Mark D. Brookstein
GOULD & RATNER LLP
222 N. LaSalle Street, Suite 800
Chicago, IL 60601
(312) 236-3003

    PLEASE TAKE NOTICE that on the 11th day of September, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Solid Contact Baseball, Inc. shall appear before Chief Judge James F. Holderman, or any judge sitting in his stead, in Room 2541, in the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Solid Contact Baseball, Inc.'s MOTION TO DISMISS ALL CLAIMS AGAINST IT IN PETER CEKO'S COUNTERCLAIM PURSUANT TO RULE 12(b)(1), a copy of which is attached hereto and served upon you.

                Respectfully submitted,

                /s/ Jami A. Gekas
                One of the Attorneys for Defendant,
                SOLID CONTACT BASEBALL, INC.

Dated: September 8, 2008

Michael Dockterman
Jami A. Gekas
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, IL 60606-1229
(312) 201-2000
Facsimile: (312) 201-2555

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that a copy of the foregoing NOTICE OF MOTION  was served via the CM/ECF electronic filing system on this 8th day of SEPTEMBER, 2008, and thereby served upon counsel of record for all parties.

          By: /s/ Jami A. Gekas

          One of the Attorneys for Defendant,
          SOLID CONTACT BASEBALL, INC.